Joseph Choate, Jr., 039018
Robert P. Lewis, Jr., 057624
Bradley L. Cornell, 162384
CHOATE & CHOATE
523 West Sixth Street, Suite 541
Los Angeles, California 90014-1225

Telephone: (213) 623-2297
Facsimile: (213) 623-6429

Counsel for Plaintiff, Stevco, Inc.

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

STEVCO, INC., a California corporation,

Plaintiff,

vs.

R & E PRODUCE SALES CO., INC., a California corporation; and ROBERT PRONDZINSKI, an individual,

Defendant.

Case No. 1:06-CV-01436-AWI-DLB

[Hon. Anthony W. Ishii]

**JUDGMENT AGAINST DEFENDANTS**

Upon stipulation of Plaintiff, STEVCO, INC., and Defendants R & E PRODUCE SALES CO., INC. and ROBERT PRONDZINSKI, it being agreed that the amount owing to Plaintiff from Defendants is the sum of $48,054.10 principal, $350.00 costs, $1,812.89 prejudgment interest, and post judgment interest as provided by law for liability arising under Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499(e)(c) ("PACA"), it is

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of plaintiff and against defendants R & E PRODUCE SALES CO., INC. and ROBERT PRONDZINSKI, jointly and severally, in the sum of $48,054.10 principal, $350.00 costs, $1,812.89 prejudgment interest, and post judgment interest as provided by law

IT IS SO ORDERED.

**Dated: December 22, 2006** **/s/ Anthony W. Ishii**
0m8i78 UNITED STATES DISTRICT JUDGE